spondent.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Rachel Pollock, Respondent, v. The Brooklyn Cross-town Railroad Company, Appellant.—Judgment and order affirmed, with costs. Opinion by Patterson, J.; Van Brunt, P. J., dissents.

The People of the State of New York, Respondent, v. Thomas McGninness, Appellant.—Conviction affirmed. Opinion by Van Brunt, P. J.

Henry A. Mott and others, Respondents, v. Jacob Oppenheimer and others, Appellants.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Marion Langdon v. The Mayor, etc., of the City of New York.—Referee's report affirmed, and the plaintiff to recover judgment as stated in opinion in Walter Langdon v. The Mayor, decided herewith, with interest upon the amount of award from the time of the appropriation of said property by the city, with $2,000 extra allowance. Opinion by Van Brunt, P. J.

Walter Langdon, v. The Mayor, etc., of the City of New York.—Referee's report confirmed, and judgment given to the plaintiff as stated in opinion, and motion for extra allowance granted, the plaintiff being allowed five per cent upon the amount recovered. Opinion by Van Brunt, P. J.

Margaret A. Oliver, Respondent, v. William L. Moore, Administrator, etc., Appellant.—Judgment and order affirmed, with costs. Opinion by Barrett, J.

Christian Kuebler, as Administrator, etc., Appellant, v. The Mayor, etc., of the City of New York, Respondent.—Exceptions overruled, and judgment for defendant upon the dismissal, with costs. Opinion by Barrett, J.

Augustus S. Shepard, Respondent, v. The New York Elevated Railroad Company, Appellant.—Judgment affirmed, with costs. Opinion by Patterson, J.

The People of the State of New York ex rel. Steinson, Appellant, v. The Board of Education, etc., Respondent.—Order affirmed, with costs. Opinion by Patterson, J.

James Graley, an Infant, etc., Appellant, v. The Harlem Bridge, etc., Railway Company, Respondent.—Order affirmed, without costs.

Herbert Sanguinnetti, Respondent, v. Frances Roche, Appellant.—Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Barrett, J.

Benizno S. Suarez, Respondent, v. The Manhattan Railway Company and another, Appellants.—Judgment affirmed, with costs. Opinion by Barrett, J.

Leonhardt Hilsenbeck, Respondent, v. John M. Guhring, Appellant—Judgment affirmed, with costs. Opinions by Patterson and Barrett, JJ.

Peter Santos Suarez, Respondent, v. The Manhattan Railway Company and another, Appellants.—Judgment affirmed, with costs. Opinion by Barrett, J.

The People of the State of New York ex rel. Albert E. Westlotorn v. Charles F. MacLean and others, Commissioners, etc., Respondents.—Writ dismissed, with costs. Opinion by Barrett, J.

The People of the State of New York, Respondent, v. Sampson Wallach, Appellant.—Judgment affirmed. Opinion by Barrett, J.

Stephen P. Tregoning, Respondent, v. Richard F. Tregoning and others, Appellants.—Interlocutory judgments affirmed, with costs. Opinion Per Curiam.

Modesto Pineiro, Respondent, v. Richard Gurney, Appellant.—Judgment reversed and new trial ordered, with costs to abide event. Opinion by Barrett, J.

Henry E. Bandell, Respondent, v. S. Elwood May, Appellant.—Judgment affirmed, with costs. Opinion by Patterson, J.

In the Matter of the Application of the Metropolitan Elevated Railroad Company v. Henry Siefke.—Order reversed, with costs. Opinion by Patterson, J.

Ricot J. Dovale, Respondent, v. Bernard L. Ackerman and others, Appellants.—Judgment reversed and new trial ordered. Opinion by Bartlett, J.

The People of the State of New York Respondent, v. Charles Seaton, Appellant.—Judgment reversed and new trial granted. Opinion by Bartlett, J.

Harriet G. Cootey, Respondent, v. Julia A. Chapman and others, Executors, Appellants.—Judgment reversed. Opinion by Bartlett, J.

John Glenn, as Trustee, etc., Plaintiff, v. David J. Gorth and others, Defendants.—Exceptions sustained and new trial ordered, with costs to abide the event. Opinion by Barrett, J.

John H. Riker, as Executor, Respondent, v. Sampson S. Leo and others, Appellants.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Charles G. Pease, as Executor, Appellant, v. Clara M. Egan, Individually and as Executrix, etc., Respondent.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

John Sullivan, Plaintiff, v. The Mayor, etc , of the City of New York, Defendant.—Exceptions overruled and plaintiff have judgment, with costs. If the defendant desires to carry the question to the Court of Appeals a certificate will be granted. Opinions by Van Brunt, P. J., and Barrett, J.

Andrew Langdon and others, Respondents, v. New York, Lake Erie and Western Railway Company. Appellant.—Order reversed to extent stated in opinion, and the motion to that extent granted, with costs to the appellant of this appeal to abide the final event. Opinion by Van Brunt, P. J.

James S. McQuillen, Appellant, v. The Real Estate Exchange and Auction Room (Limited), Respondent.—Judgment affirmed, with costs. Opinion by Barrett, J.

In the Matter of the Dissolution of the Home Provident Safety Fund Association of New York.—The court is of the opinion that the parties to whom the receiver had distributed the moneys under the order in question should return the same to him in order that, upon a full hearing of all the parties interested, such disposition may be made of the fund as to the court shall seem just and equitable; no costs to either party on this appeal. Opinion Per Curiam.